UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| AMOS N. JONES,<br>    1711 MASSACHUSETTS AVE, NW<br>    WASHINGTON, DC 20036<br>        Plaintiff,<br><br>v.<br><br>CAMPBELL UNIVERSITY<br>    143 MAIN STREET<br>    BUIES CREEK, NC 27506<br><br>JOHN BRADLEY CREED<br>    143 MAIN STREET<br>    BUIES CREEK, NC 27506<br><br>J. RICH LEONARD<br>    2204 FAIRVIEW ROAD<br>    RALEIGH, NC 27608<br><br>ROBERT COGSWELL<br>    143 MAIN STREET<br>    BUIES CREEK, NC 27506<br><br>TIMOTHY ZINNECKER<br>    105 FEATHERCREST LANE<br>    APEX, NC 27539<br><br>SUSAN THROWER<br>    225 HILLSBOROUCH STREET<br>    RALEIGH, NC 27603<br><br>CATHOLIC UNIVERSITY OF AMERICA<br>    OFFICE OF THE GENERAL COUNSEL<br>    620 MICHIGAN AVENUE, N.E.<br>    WASHINGTON, D.C. 20064<br>        Defendants. | Case No. 1:18-cv-0321 |

## **NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendants Campbell University, John Bradley Creed, Timothy Zinnecker, and Robert Cogswell ("Defendants"), by counsel, hereby file their

Notice of Removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia.

Defendants base their removal on the following grounds:

1. On December 12, 2017, Plaintiff Amos N. Jones, filed an action against Defendants in the Superior Court of the District of Columbia, captioned *Amos N. Jones v. Campbell University, et al.*, No. 2017 CA 008331 B. A copy of the Complaint is attached hereto and marked as Exhibit A.

2. Defendants were served with the Complaint and Summons beginning on January 22, 2018, and have timely filed this removal within thirty days in accordance with 28 U.S.C. § 1446(b)(3) ("[A] notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.").

3. In addition to the Summons and Complaint, Defendants were served with the Superior Court Initial Order and Addendum. True and correct copies of these documents and other related court documents are included in Exhibit A.

4. This Court has original subject matter jurisdiction under the provisions of 28 U.S.C. § 1331 because, in his Complaint, Plaintiff has alleged, *inter alia*, various violations of federal law: 42 U.S.C. § 1981 against Defendants Campbell, Creed, Zinnecker, and Cogswell, and 42 U.S.C. § 2000 against Defendant Campbell (Compl., Counts I–IV).

5. With respect to Plaintiff's allegations implicating state-law claims, the entire case is still removable to this Court under 28 U.S.C. § 1441(c), supplemental jurisdiction, in that they are so related to the federal-law claims that they form part of the same case or controversy. In

accordance with 28 U.S.C. § 1367, supplemental jurisdiction over Plaintiff's state-law claims is proper because: (i) the state-law claims do not raise a novel or complex issue of state law; (ii) the state-law claims do not substantially predominate over the federal-law claims, over which this Court has original jurisdiction; (iii) this Court has not yet dismissed all claims over which it has original jurisdiction; and (iv) there are no exceptional circumstances or other compelling reasons for declining jurisdiction.

6.  Concurrent with the filing and service of this Notice of Removal, Defendant has served a Notice of Filing Notice of Removal on Plaintiff, and has filed such Notice with the Clerk of Court for the Superior Court for the District of Columbia. *See* Defendant's Notice of Filing Notice of Removal attached hereto as Exhibit B.

WHEREFORE, Defendant files this Notice of Removal so that the entire court action under Civil Action Number 2017 CA 008331 B now pending in the Superior Court for the District of Columbia is removed to this Court for all further proceedings.

DATED: February 12, 2018                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Zachary S. Stinson*
　　　　　　　　　　　　　　　　　　　　　　　Zachary S. Stinson, D.C. Bar No. 1013536
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Murphy, D.C. Bar No. 421287
　　　　　　　　　　　　　　　　　　　　　　　OGLETREE, DEAKINS, NASH,
　　　　　　　　　　　　　　　　　　　　　　　 SMOAK & STEWART, P.C.
　　　　　　　　　　　　　　　　　　　　　　　1909 K Street, N.W., Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20006
　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 887-0855
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 887-0866
　　　　　　　　　　　　　　　　　　　　　　　zach.stinson@ogletree.com
　　　　　　　　　　　　　　　　　　　　　　　michael.murphy@ogletree.com

　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants Campbell University, John Bradley Creed, Timothy Zinnecker, and Robert Cogswell*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a true copy of the foregoing was electronically filed via the Court's ECF filing system on this 12th day of February, 2018, which will notify the following counsel of record, with an additional copy served by United States mail, postage prepaid to:

Arinderjit (A.J.) Dhali, Esq.
Dhali PLLC
1828 L Street, N.W., Suite 600
Washington, D.C. 20036
(202) 556-1285
ajdhali@dhalilaw.com

J. Rich Leonard
2204 Fairview Road
Raliegh, NC 27608

Susan Thrower
225 Hillsborough Street
Raleigh, NC 27603

Catholic University of America
Office of the General Counsel
620 Michigan Avenue, N.E.
Washington, DC 20064

    */s/ Zachary S. Stinson*
Zachary S. Stinson, D.C. Bar No. 1013536
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C. 20006
Tel: (202) 887-0855
Fax: (202) 887-0866
zach.stinson@ogletree.com

32911085.1